■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MILLS, Appellant. [40 NYS3d 808]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, NeMoyer, Curran and Scudder, JJ.